The People of the State of New York, Respondent, v. Frank Vetta, Appellant.— Judgment of conviction affirmed. All concur.

Oscar H. Wilson, Respondent, Appellant, v. American Railway Express Company, Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals granted.

Syracuse Supply Company, Respondent, v. Rochester Motors Corporation, Appellant.— Motion for reargument denied, with ten dollars costs, and motion for leave to appeal to Court of Appeals denied.

In the Matter of the Final Judicial Settlement of the Accounts of Charles G. McLouth, as Committee, etc., of Eugene P. Clark, an Alleged Incompetent Person.— Motion granted and appeal dismissed, without costs.

Henry C. Fisher, Respondent, v. William P. Flanigan, Appellant.— Motion to dismiss appeal granted, unless the appellant shall file and serve the printed papers on appeal herein on or before the 21st day of March, 1923, and shall be ready for argument during the March term.

Frank Giallella, Appellant, v. August Feine & Sons Co., Inc., Respondent.— Motion granted and appeal dismissed, with costs.

The People of the State of New York, Respondent, v. William E. Blair, Jr., Appellant.— Motion granted and appeal dismissed.

Herman Fitscher, by Guardian ad Litem, Fred J. Fitscher, Respondent, v. Society for Deaconess Work of Buffalo, Appellant.— Motion granted and appeal dismissed.

James O. Sebring, Appellant, v. Abraham Goldman and Others, Respondents. — Motion granted and appeal dismissed.

Elmer Swan, Appellant, v. Charles Woodcock, Respondent.— Motion granted and appeal dismissed, with costs.

Perry Sayres, Respondent, v. Decker Automobile Company, Appellant.— Motion granted and appeal dismissed, with costs.

Mary J. Rutledge, Appellant, v. First National Bank of Corning, Respondent.— Motion granted and appeal dismissed unless appellant file and serve its printed record on appeal on or before March 20, 1923.